## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| New Chester Holdings, LP, | § | Case No. 25-12839-DJB |
| | § | |
| Debtor. | § | |
| | § | |

## MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned counsel, hereby moves (this "Motion") for entry of an order, pursuant to sections 105(a) and 1112(b) of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*, the "Bankruptcy Code"), dismissing the above-captioned case.  In support of this Motion, the U.S. Trustee states as follows:

### BACKGROUND

1.     On July 16, 2025 (the "Petition Date"), New Chester Holdings, LP (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     The Debtor is identified on the Petition as a corporation, employer identification number 26-2919637.

3.     The Debtor failed to identify the name and/or names of any attorney(s) designated to represent the Debtor on its Petition.  Instead, the Debtor indicates that it is not represented by an attorney in this proceeding and is proceeding *pro se*.  *See* Docket No. 2 (Statement of *Pro Se* Debtor).

4.      The U.S. Trustee consents to the entry of a final order or judgment by
the court if it is determined that the court, absent consent of the parties, cannot
enter a final order or judgment consistent with Article III of the United States
Constitution.  *See* L.B.R. 9014-3(b)(2).

## RELIEF REQUESTED

5.      Through this Motion, the U.S. Trustee seeks entry of an order
dismissing the Debtor's case.

6.      The Debtor's petition for relief under chapter 11 of the Bankruptcy
Code is deficient and must be dismissed.  The law is clear that a corporation must
be represented by counsel in a bankruptcy proceeding and may not file a
bankruptcy petition *pro se*.  *Rowland v. Ca. Men's Colony, Unit II Men's Advisory
Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two
centuries … that a corporation may appear in the federal courts only through
licensed counsel."); *United States v. Cocivera*, 104 F.3d 566, 572 (3d Cir. 1996)
(same); *In re Kee*, 2015 Bankr. LEXIS 3402, at *6 (Bankr. E.D. Pa. Oct. 7, 2015) ("It
is well settled under federal law … that artificial entities, such as a limited liability
company, must appear in a federal court through counsel and may not appear *pro
se*.") *see also Williams v. United States*, 477 F. App'x 9, 10-11 (3d Cir. 2012);
*Simbraw, Inc. v. United States*, 367 F.2d 373, 374-75 (3d Cir. 1966).

7.      Similarly, an individual without a license to practice law cannot file a
petition on behalf of a corporate entity.  *In re Kee*, 2015 Bankr. LEXIS 3402, at *6
(Bankr. E.D. Pa. Oct. 7, 2015) ("A party may not appear pro se in court in the

2

capacity as an attorney-in-fact for another party.  Such conduct constitutes the unauthorized practice of law.");.

8.     Lack of legal representation is grounds alone to dismiss a bankruptcy case brought by a corporation in federal court.  *In re Spencer C. Young Invs./The Courtyard of Chapel Hill*, 2009 Bankr. LEXIS 869, at *8-10 (Bankr. M.D.N.C. Feb. 4, 2009) ("An individual without a license to practice law cannot act on behalf of a corporate entity in filing a bankruptcy petition … The Debtor's failure to obtain counsel continues grounds for dismissal."); *In re Dick Tracy Ins. Agency*, 204 B.R. 38, 39 (Bankr. W.D. Mo. 1997) (holding that filing a bankruptcy petition on behalf of a corporation by a non-attorney constitutes the unauthorized practice of law, and a petition filed in that manner should be dismissed as null and void).

9.     Pursuant to Bankruptcy Code section 1112(b) a case may be dismissed or converted to another chapter for cause. Based on the above the U. S. trustee avers that cause exists for the dismissal of this case.

*[remainder of page left blank intentionally]*

## CONCLUSION

**WHEREFORE,** the U.S. Trustee respectfully requests the entry of an order granting the relief requested herein and granting such other and further relief as the Court deems just and proper.

Dated: July 17, 2025                    Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: (202) 934-4154
John.Schanne@usdoj.gov